# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE KRAMER, | ) | CASE NO.1:21CV1704 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

This action is before the Court on the Joint Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are denied or moot and the case is closed.

IT IS SO ORDERED.

  /s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge